ESSEX SAVINGS BANK *v.* JEFFREY W. NAVIN ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 30 Conn. App. 918 (AC 11196), is denied.

*Kenneth R. Davis,* in support of the petition.

Decided June 24, 1993

DONALD FIDDELMAN *v.* POPCORN REDMON

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 201 (AC 10798), is denied.

*Richard L. Albrecht,* in support of the petition.

Decided June 24, 1993

PEOPLE'S BANK *v.* CAROLE MOSCOWITZ ET AL.

The petition of the defendants Carole Moscowitz and Mark Moscowitz for certification for appeal from the Appellate Court, 31 Conn. App. 266 (AC 11547), is denied.

*Francis G. Pennarola,* in support of the petition.

*Theodore R. Tyma,* in opposition.

Decided June 24, 1993

MARION M. MARTIN *v.* RAYMOND C. MARTIN

The defendant's petition for certification for appeal from the Appellate Court, 31 Conn. App. 911 (AC 11422), is denied.

*James M. S. Ullman,* in support of the petition.

Decided June 24, 1993